FELICE JOHN VITI, Acting United States Attorney (#7007)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2025 SEP 25
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ANDREW JOHN LYON, Defendant. | FELONY INFORMATION<br><br>Count 1: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography.<br><br>Case: 2:25−cr−00355<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 9/25/2025<br>Description: USA v. Lyon |
|---|---|

The United States Attorney charges:

### COUNT 1
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

Beginning on a date unknown and continuing until on or about February 26, 2025, in the District of Utah,

ANDREW JOHN LYON,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and

1

transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## NOTICE REGARDING ENHANCED PENALTY FOR PRIOR CONVICTION

Pursuant to 18 U.S.C. § 2252A(b)(1) and (2), notice is given that defendant LYON committed this offense after having sustained convictions for Use of Interstate Facilities to Transmit Information about a Minor, a violation of 18 U.S.C. § 2425, on May 19, 2022, in the United States District Court, District of Utah, Case Number 2:20cr256, and Attempted Aggravated Sexual Abuse of a Child, a violation of Utah Code 76-5-404.1(4) on September 25, 2012, in the 3rd District Court, Salt Lake County, Utah, Case No. 121400451.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to

gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- Gabb phone
- Micro SD card
- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

FELICE JOHN VITI
Acting United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney